**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOBBY OWEN, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>DYNAMIC RECOVERY SERVICES, LLC, et al.,<br><br>          Defendants. | Case No.: 1:15-cv-01105 --- JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY THE MATTER SHOULD NOT BE DISMISSED |

On July 17, 2015, Plaintiff filed the instant action. (Doc. 1) On the same day, the Court issued the summons (Doc. 2) and its order setting the mandatory scheduling conference to occur on November 6, 2015. (Doc. 3) In its order setting the mandatory scheduling conference, the Court advised counsel:

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. **Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint. Failure to timely serve summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.**

(Doc. 3 at 1-2, emphasis added) Nevertheless, Plaintiff has not filed a proof of service of the summons and complaint and no defendant has appeared in the action.

1

On October 28, 2015, the Court issued an order reminding Plaintiff of his obligation to make timely service and continuing the scheduling conference for this to occur.  (Doc. 5)  However, despite this, Plaintiff still has not filed proofs of service and no defendant has appeared.  Moreover, the continued date for the scheduling conference—December 17, 2015—is fast-approaching and it appears clear the case still may not be scheduled.  Therefore, the Court **ORDERS**,

    1.    **Within 14 days**, Plaintiff **SHALL** show cause in writing why the matter should not be dismissed due to his failure to prosecute this action and comply with the Court's orders;

    2.    The scheduling conference is continued to January 28, 2016 at 9:30 a.m.

**Failure to comply will result in the recommendation to dismiss the action without further notice.**

IT IS SO ORDERED.

Dated:   **December 10, 2015**              /s/ Jennifer L. Thurston
                                                                         UNITED STATES MAGISTRATE JUDGE