1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                           **EASTERN DISTRICT OF CALIFORNIA**

10

11  BOBBY OWEN, et al.,                    )  Case No.: 1:15-cv-01105 --- JLT
                                           )
12              Plaintiffs,                )  ORDER CLOSING CASE
                                           )
13       v.                                )
                                           )
14  DYNAMIC RECOVERY SERVICES, LLC,        )
    et al.,                                )
15                                         )
                Defendants.                )
16  _____      )

17       On December 11, 2015, Plaintiff filed a notice of voluntary dismissal of the entire action.

18  (Doc. 7)  The notice relies upon Rule 41 of the Federal Rules of Civil Procedure, under which "the

19  plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the

20  opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of

21  dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A).  Once such a notice

22  has been filed, an order of the Court is not required for  the dismissal.  Fed. R. Civ. P. 41(a)(1)(ii);

23  *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).   No defendant has answered or

24  appeared in this action.  Moreover, no class has been certified so that no Court approval of the

25  dismissal is required. Fed. R. Civ. P. 23(e).

26  ///

27  ///

28  ///

                                            1

1        Based upon the foregoing, the Court **ORDERS**:

2        1.        The Clerk of Court is **DIRECTED** to close this action in light of the notice of dismissal

3    with prejudice filed and properly signed pursuant to Rule 41(a)(1)(A)(ii).

4

5    IT IS SO ORDERED.

6        Dated:    **December 14, 2015**                **/s/ Jennifer L. Thurston**
7                                                     UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28